UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80820-CIV-HURLEY/HOPKINS
[lead case - consolidated with Case No. 08-81185]

ARTHUR SMITH and SUE SMITH,
    Plaintiffs,
v.

POWDER MOUNTAIN, LLC et al.,
    Defendants.
_____/  Case No. 08-80820

FDB II ASSOCIATES LP,
    Plaintiff

vs

STONE CREEK INVESTMENT CO. LLC et al.,
    Defendants.
_____/  Case No. 08-81185

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
ON ARTHUR AND SUE SMITH'S MOTION TO INTERVENE
INTO GARNISHMENT ACTION

**THIS CAUSE** is before the court upon the motion to intervene in garnishment action arising out of Case No. 08-81185 filed by plaintiffs Arthur and Sue Smith [DE# 294]. On December 8, 2010, Magistrate Judge James Hopkins filed his Report and Recommendation upon the motion [DE# 300]. There have been no objections to the recommendation filed by any party.

Having carefully reviewed the Magistrate Judge's Report and Recommendation, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound, and accordingly shall adopt the recommended disposition of the motion.

1

Case No.: 08-80820-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Hopkins' December 8, 2010 Report & Recommendation [DE# 300] is **ADOPTED** and **INCORPORATED** in full.

2. The motion to intervene in garnishment action filed by plaintiffs Arthur and Sue Smith [DE# 294] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 3rd day of January, 2011.

_____
Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge James Hopkins
all counsel